IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION


AARON BUSBY                                                          Plaintiff

v.                          3:05CV00255 JFF

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                             Defendant

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 13th day of March, 2007.


                                                          /s/ John F. Forster, Jr.
                                          UNITED STATES MAGISTRATE JUDGE